MARGARET T. HOWARD v. ALFRED E. SMITH.— Motion for leave to appeal
to the Court of Appeals denied, with ten dollars costs. Present — Clarke,
P. J., Dowling, Smith, Page and Philbin, JJ.

CHARLES N. BRIZSE v. FREDERICK J. LISMAN and Others.— Motion for
leave to appeal to the Court of Appeals denied, with ten dollars costs.
Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ALEXANDER C. CASTRIOTIS and Others v. GUARANTY TRUST COMPANY
OF NEW YORK.— Motion for leave to appeal granted; question certified.
Motion for reargument denied. Present — Clarke, P. J., Dowling, Smith,
Page and Philbin, JJ.

BANK OF WASHINGTON HEIGHTS v. UNITED STATES FIDELITY AND GUAR-
ANTY COMPANY.— Motion for leave to appeal or for reargument denied, with
ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and
Philbin, JJ.

LIZZIE SINICA v. NEW YORK RAILWAYS COMPANY.— Motion for reargu-
ment denied, with ten dollars costs. Present — Clarke, P. J., Dowling,
Smith, Page and Philbin, JJ.

WILSON & COMPANY, INC., v. THE HARTFORD FIRE INSURANCE COMPANY.
— Motion for resettlement of order denied, with ten dollars costs. Present
— Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

H. MULLER & COMPANY, INC., v. EFFANGEE TOBACCO COMPANY.—
Motion for reargument, etc., denied, with ten dollars costs. Present —
Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

SAMUEL H. COHEN and Others v. AMERICAN WOOLEN COMPANY OF NEW
YORK.— Motion granted as stated in order. Present — Clarke, P. J.,
Dowling, Smith, Page and Philbin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE EMPIRE MORTGAGE
COMPANY v. JACOB A. CANTOR and Others, as Commissioners, etc.— Motion
for leave to appeal denied, with ten dollars costs. Present — Clarke, P. J.,
Dowling, Smith, Page and Philbin, JJ.

SAMUEL COHEN, Respondent, v. MAX RAYMOND and Another, Appellants.
—Judgment and order reversed and new trial ordered, with costs to appel-
lants to abide event, unless plaintiff stipulates to reduce the judgment as
entered to the sum of $4,148.25; in which event the judgment as so reduced
and the order appealed from are affirmed, without costs. No opinion.
Settle order on notice. Present — Clarke, P. J., Laughlin, Smith, Page and
Merrell, JJ.

In the Matter of CHRISTIAN J. McWILLIAMS, an Attorney.— Reference
ordered to Hon. Henry A. Gildersleeve, official referee. Settle order on
notice. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ROSE ROSENBERG, Respondent, v. THE TRUSTEES OF COLUMBIA COLLEGE
IN THE CITY OF NEW YORK, and Others, Defendants, Impleaded with 118
WEST 48TH STREET CORPORATION, Appellant.— Judgment affirmed, with
costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and
Philbin, JJ.